IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. |
| vs. | ) |
| | ) |
| LOWES HOME CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, LOWE'S HOME CENTERS, LLC, by and through its attorneys, HEPLERBROOM LLC, removes to this Court the above-entitled case from the Circuit Court of the Fourteenth Judicial Court, Rock Island County, Illinois. In support thereof, Defendant states as follows:

1. The case is a civil action filed on June 22, 2022 (with plaintiff filing her Amended Complaint on July 7, 2022), in the Circuit Court of the Fourteenth Judicial Court, Rock Island County, Illinois, bearing Cause No. 2022-LA51.

2. As required by 28 U.S.C. § 1446(a), attached as *Exhibit A* are copies of the Amended Complaint and Summons; counsel for Lowe's Home Centers, LLC accepted service of summons on July 12, 2022. (See First Amended Complaint and copy of July 12, 2022 correspondence from defense counsel accepting service).

3. Venue of this removal action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4.    This Notice of Removal is filed by Defendant, Lowe's Home Centers, LLC, with this Court within 30 days after receipt of correspondence from which it may first be ascertained that the case is one which has become removable as required by 28 U.S.C. § 1446(b)(3).

5.    Plaintiff, Elizabeth Flores, is an individual citizen and resident of the State of Illinois.

6.    Lowe's Companies, Inc. is a North Carolina corporation formed under the laws of North Carolina with its principal place of business located in North Carolina.

7.    Lowe's Home Centers, Inc. is a former North Carolina corporation that was converted to a limited liability company called Lowe's Home Centers, LLC, effective as of November 1, 2013, at which point Lowe's Home Centers, Inc., ceased to have a separate corporate existence. *See Exhibit B, Articles of Organization of Lowe's Home Centers, LLC*.

8.    Defendant Lowe's Home Centers, LLC is a limited liability company formed under the laws of North Carolina with its principal place of business located in North Carolina. Its sole member is Lowe's Companies, Inc., a North Carolina corporation whose principal place of business is in North Carolina as stated above in paragraph six.

9.    Under the Illinois Business Corporation Act of 1983, Defendant Lowe's Home Centers, LLC is the surviving limited liability company, and the separate corporate existence of the merged or consolidated corporations have ceased to exist. *See 805 ILCS 5/11.50.* Therefore, Lowe's Home Centers, Inc., cannot join or consent to removal since they no longer exist as a corporation.

10.   Defense counsel accepted service on July 12, 2022 for the surviving limited liability company, Defendant Lowe's Home Centers, LLC, a North Carolina limited liability company.

11.   Plaintiff's Complaint seeks damages in excess of $75,000.

15. Defendant, Lowe's Home Centers. LLC, removes this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

16. Defendant will promptly serve written notice of the removal of this action upon all adverse parties and will file such notice with the Circuit Court of the Fourteenth Judicial Court, Rock Island County, Illinois, as required by 28 U.S.C. § 1446(d).

17. Defendant, Lowe's Home Centers, LLC, requests a trial by jury of all issues to be tried.

WHEREFORE, Defendant, Lowe's Home Centers, LLC, respectfully gives notice that the above-entitled cause is removed from the Circuit Court of the Fourteenth Judicial Court, Rock Island County, Illinois, to the United States District Court for the Central District of Illinois.

    Respectfully submitted,

    HEPLERBROOM LLC

    By   *Stephanie W. Weiner*
    Stephanie W. Weiner  #6276136
    70 W. Madison Street
    Suite 2600
    Chicago, Illinois 60602
    Tele:  312-230-9100/Fax: 312-230-9201
    *Attorneys for Defendant Lowe's Home Centers, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of July, 2022, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christine Keys
Winstein, Kavensky & Cunningham, LLC
224-18th Street, 4th Floor
P.O. 4298
Rock Island, IL 61204-4298
ckeys@wkclawfirm.com
*Attorney for Plaintiff*

 

                                            *Stephanie W. Weiner*
                                            Attorney for Defendant