IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

ELIZABETH FLORES,            )
                             )
            Plaintiff,       )
                             )
vs.                          )   No.   2022LA51
                             )
LOWES HOME CENTERS LLC       )
                             )
            Defendant.       )

### SUMMONS

TO:   Stephanie Weiner of HeplerBroom, 70 W. Madison Street, Suite 2600, Chicago, IL 60602, sww@heplerbroom.com

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service.   IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.   If service cannot be made, this summons shall be returned so endorsed.   This summons may not be served later than 30 days after its date.

WITNESS, 7/7/2022 _____, 20____.

_____
(Clerk of the Circuit Court)

WAR

By: _____
(Deputy)

(Seal of Court)

Location of Clerk's office:   Rock Island, Illinois

Date of Service: _____, 20___.
(To be inserted by officer on copy left with defendant or other person)

Christine A. Keys
WINSTEIN, KAVENSKY & CUNNINGHAM L.L.C.
224 18th Street, 4th Floor
P.O. Box 4298
Rock Island, Illinois    61204-4298
Telephone:   (309) 794-1515
Facsimile:   (309) 794-9929
ckeys@wkclawfirm.com

**SUMMONS - GENERAL**

Exhibit A

**AFFIDAVIT**

United State District Court_____Other Court_____
Circuit Court of the _____ Judicial Circuit, _____ County, IL
NO:_____
District Court of Iowa, _____ County, IA

Plaintiff/Petitioner _____

FEES: Locate           $_____
service and/or return $_____

Vs

Mileage                $_____
TOTAL                  $_____

Defendant/Respondent _____

I, _____, depose and say, that I am over 18 years of age and not a party to this action and within the boundaries of the state where service was made, I was authorized by law to perform said service.

I served this Summons/Original Notice / Subpoena / Order / _____
on defendant / respondent / plaintiff / petitioner / witness / party / _____ as follows:

___(a) -   Individual defendant / respondent / plaintiff / petitioner / witness / party - personal, by leaving a copy and a copy of the complaint / petition / application / affidavit / order / jury demand/_____ _____ with each individual defendant / respondent / plaintiff / petitioner / witness / party / _____ personally.

___(b) -   Individual defendant / respondent / plaintiff / petitioner / witness / party / _____ - abode, by leaving a copy and a copy of the complaint / petition / affidavit / order / jury demand _____ at the usual place of abode of the individual defendant / respondent / plaintiff / petitioner / witness / party / _____ with a person of his/her family, of the age of 13/18 yrs. or upwards, informing that person of the contents. Also by sending in a sealed envelope with postage fully prepaid, addressed to the defendant/respondent/plaintiff/petitioner/witness/party/ _____. Date Mailed: _____

___(c) -   Corporation / Municipal defendant / witness, by leaving a copy and a copy of the complaint petition/application / affidavit / order / jury demand / _____ with the registered agent, officer or agent of the defendant / witness corporation / municipality.

___(d) -   Other Service:_____

___(e) -   Unable to Serve due to _____
           _____
           The following attempts were made:_____
           _____

Name of Defendant / Respondent / Plaintiff / Petitioner / Witness / Party / _____
Name of Person papers given to _____ Title / Relationship _____
Sex _____ Race _____ Approx. Age _____ Ht _____ Wt _____ Hair _____
Date of Service _____ Time _____
Place of Service
_____

By _____  Signed & Sworn to before me on
      Authorized Person
                                                 _____
                                                 _____

FILED
7/7/2022 3:23 PM
TAMMY WEIKERT, CIRCUIT CLERK
ROCK ISLAND COUNTY, IL

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

| | |
|---|---|
| ELIZABETH FLORES, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No. 2022LA51 |
| LOWES HOME CENTERS LLC | ) ) ) |
| Defendant. | ) |

### AMENDED COMPLAINT

NOW COMES the Plaintiff, ELIZABETH FLORES, by her attorneys, Winstein, Kavensky & Cunningham LLC, and for cause of action against the Defendant, LOWES HOME CENTERS LLC, states at follows:

### COUNT I

1. The Defendant, LOWES HOME CENTERS, LLC, and operates and maintains a retail store located at 3820 44th Avenue, Moline, Illinois.

2. On or about August 16, 2020, Plaintiff was legally on the Defendant's premises, shopping at Defendant, LOWES HOME CENTERS LLC store in Moline, Illinois.

3. Defendant, LOWES HOME CENTERS LLC, had a duty to ensure the safety and well-being of customers who Defendant invited to its premises.

4. On said date, as Plaintiff was inside the Defendant's store in Moline, Illinois, looking at exterior doors, to potentially purchase, with her daughter, when a hanging metal sign approximately 7 feet overhead fell and hit Plaintiff on the head.

5. The Defendant was then and there breached its duty of care and was guilty of one or more of the following acts of negligence:

    a. Failed to properly install its hanging metal sign overhead securely;
    b. Failed to properly anchor and properly support its hanging metal sign;

    c. Failed to maintain its hanging metal sign in a safe manner; and
    d. Failed to properly inspect its metal hanging sign on a regular basis to insure said metal hanging sign would not fall and injure customers.

6. As a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff has received serious personal injuries, some or all of which are permanent; as a result of this, the Plaintiff has suffered continuous physical pain and mental distress; has suffered a permanent diminished capacity to enjoy life; has sustained loss of income and diminished earning capacity; has incurred medical bills for treatment and care, and will continue to do so in the future; and has been compelled to hire additional services.

WHEREFORE, Plaintiff, ELIZABETH FLORES, prays for a Judgment against the Defendant, LOWES HOME CENTERS LLC, in the amount of excess of $75,000.00, together with costs, witness fees, and such other and further relief as the Court may deem just and proper in the premises.

## COUNT II
### *RES IPSA LOQUITUR*

Plaintiff state the following for Count II in her Complaint against the Defendant:

1. Plaintiff repleads and realleges paragraphs 1 through 4 of Count I as and for paragraphs 1 through 4 of Count II as if fully set forth herein.

5. At all times relevant Defendant by and through its agents and employees was in entire control of the metal hanging sign in question.

6. Said occurrence would not have occurred had it not been for the negligence of the Defendant.

7. As a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff has received serious personal injuries, some or all of which are permanent; as a result of this, the Plaintiff has suffered continuous physical pain and mental distress; has suffered a permanent diminished capacity to enjoy life; has sustained loss of income and diminished

2

earning capacity; has incurred medical bills for treatment and care, and will continue to do so in the future; and has been compelled to hire additional services.

WHEREFORE, Plaintiff, ELIZABETH FLORES, prays for a Judgment against the Defendant, LOWES HOME CENTERS LLC, in the amount of excess of $75,000.00, together with costs, witness fees, and such other and further relief as the Court may deem just and proper in the premises.

ELIZABETH FLORES, Plaintiff

BY: *Christine Keys*
CHRISTINE A. KEYS, No.6211201
Attorney for Plaintiff
WINSTEIN, KAVENSKY & CUNNINGHAM L.L.C.
224 - 18TH Street, 4th Floor
P.O. Box 4298
Rock Island, IL 61204-4298
(309) 794-1515 Tel.
(309) 794-9929 Fax.
ckeys@wkclawfirm.com

3

## Jennifer L. Conway

| | |
|---|---|
| **From:** | Stephanie W. Weiner |
| **Sent:** | Tuesday, July 12, 2022 9:57 AM |
| **To:** | 'Mia Valentine' |
| **Cc:** | Christine Keys; Jennifer L. Conway |
| **Subject:** | RE: Elizabeth Flores v. Lowes, 2022LA51 8-20-1PI CAK |

Hi Mia and thanks for taking care of this in such short order

Yes, I an accept service on behalf of Lowe's Home Centers, LLC.

I look forward to working with you on this case.

Stephanie

**From:** Mia Valentine <mvalentine@wkclawfirm.com>
**Sent:** Tuesday, July 12, 2022 9:34 AM
**To:** Stephanie W. Weiner <Stephanie.Weiner@heplerbroom.com>
**Cc:** Christine Keys <ckeys@wkclawfirm.com>
**Subject:** Elizabeth Flores v. Lowes, 2022LA51 8-20-1PI CAK

### Beware External Email - Think Before You Act
Links and attachments should not be opened unless expected or verified

Dear Ms. Weiner:

Please see attached letter and Amended Complaint and Summons for the above referenced case. Please verify that you accept the service on behalf of your client. Should you have any questions, please contact myself or attorney Christine Keys. Thank you for your cooperation in this matter.

Sincerely,

Mia Valentine
Paralegal to
Attorney John Malvik, Robert T. Rosenstiel,
And Christine A. Keys
Winstein, Kavensky & Cunningham
224 18th St., 4th Floor
P.O. Box 4298
Rock Island, IL 61204-4298
(309) 794-1515 Tel., Extension 146
(309) 794-9929 Fax.
mvalentine@wkclawfirm.com