UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ELIZABETH FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-cv-04112 |
| | ) |
| LOWE'S HOME CENTERS LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This cause coming on to be heard pursuant to Plaintiff's Motion for Voluntary Dismissal, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED and ADJUDGED by the Court that the above-entitled cause and the same is hereby dismissed with prejudice, cause of action satisfied, costs paid.

ENTERED: This <u>23rd</u> day of <u>February</u>, 2024.

s/ Jonathan E. Hawley
_____
JUDGE